**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **GA Paving, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4491667** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1100 S. 25th Ave.**<br>**Bellwood, IL 60104**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **GA Paving, LLC**

Name _____    Case number (*if known*) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | ____ |

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply*: |
| |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that). |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | District _____ When _____ Case number _____ |

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes. |
| List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | District _____ When _____ Case number, if known _____ |

Debtor    **GA Paving, LLC**
_____
Name                                                          Case number (*if known*) _____

---

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | GA Paving, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 2, 2019**
_____
MM / DD / YYYY

*X* **/s/ George Angelillo**                         **George Angelillo**
_____              _____
Signature of authorized representative of debtor        Printed name

Title _____

---

**18. Signature of attorney**

*X* **/s/ Bradley H. Foreman**                    Date  **August 2, 2019**
_____                  _____
Signature of attorney for debtor                              MM / DD / YYYY

**Bradley H. Foreman**
_____
Printed name

**The Law Offices of Bradley H. Foreman, P.C.**
_____
Firm name

**900 West Jackson Blvd.**
**Suite 7E**
**Chicago, IL 60607-3742**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(312) 948-8126**        Email address   **brad@foremanlawoffice .com**
_____                              _____

**6190545 IL**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **GA Paving, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  2, 2019**          X **/s/ George Angelillo**
                                          Signature of individual signing on behalf of debtor

                                          **George Angelillo**
                                          Printed name

                                          _____
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **GA Paving, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arrow Road Construction Co.** 1445 Oakton St. Palatine, IL 60067 | | | | | | $193,014.44 |
| **Chave Trucking** 3823 Grove Ave. Berwyn, IL 60402 | | | | | | $52,512.15 |
| **Chicago Testing Laboratory** 18100 S. Indiana Av. Thornton, IL 60476 | | | | | | $274,226.33 |
| **CNH Industrial Capital** P.O. Box 3600 Lancaster, PA 17604-3600 | | **(2) Case SR 270 Enhanced High Flow Loaders** | | $128,414.00 | $50,000.00 | $78,414.00 |
| **Concept Construction** 10 W. St. Charles Rd. Lombard, IL 60148 | | | | | | $39,000.00 |
| **Concrete Guys** 4121 Judd Schiller Park, IL 60176 | | | | | | $66,388.75 |
| **Cuebas Landscaping & Snow Removal** 3343 W. Potomac Chicago, IL 60651 | | | | | | $20,462.20 |
| **DuPage Materials Company LLC** 999 Oakmont Plaza Drive Suite 200 Westmont, IL 60559 | | | | | | $553,647.07 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **GA Paving, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Efficient Trucking Inc. 3201 S. Hoyne Ave. Chicago, IL 60608 | | | | | | $103,953.20 |
| FTL Flood Testing Laboratories 1945 E. 87th St. Chicago, IL 60617 | | | | | | $41,127.69 |
| Gallagher Materials Corp. 18100 S. Indiana Ave. Thornton, IL 60476 | | Trade debt | | | | $33,167.50 |
| IPFS Corporation 24722 Network Place Chicago, IL 60673-1247 | | | | | | $19,805.41 |
| Markham Asphalt Company 999 Oakmon Plaza Drive Suite 200 Westmont, IL 60559 | | | | | | $89,544.18 |
| Metromax Contractors 9560 Sergo Drive Ste. 100 Coal City, IL 60416 | | | | | | $507,608.56 |
| Odyssey Barricade Service 15W273 83rd St. Ste. B2 Willowbrook, IL 60527 | | | | | | $69,600.00 |
| Ozinga Materials 19001 LaGrange Rd. Ste. 300 Mokena, IL 60448 | | | | | | $655,753.39 |
| REliable Materials Lyons LLC 2250 Southwind blvd. Bartlett, IL 60103 | | | | | | $27,657.00 |
| Tierra Environmental Services Inc. 3821 Indianapolis Blvd. East Chicago, IN 46312 | | | | | | $55,386.13 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **GA Paving, LLC**                                        Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VCNA Prairie LLC 6185 Paysphere Circle Chicago, IL 60674** | | | | | | **$184,377.05** |
| **Wigboldy Materials 3841 W. 128th Place Alsip, IL 60803** | | | | | | **$22,850.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **GA Paving, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................  $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................  $ _____ 3,255,141.54

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................  $ _____ 3,255,141.54

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____ 170,754.05

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ _____ 3,174,559.13

4.  Total liabilities ..........................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                              $ _____ 3,345,313.18

Fill in this information to identify the case:

Debtor name   **GA Paving, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  Caterpillar Financial Services**
Creditor's Name

**2120 West End Ave.
P.O. Box 340001
Nashville, TN 37203-0001**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8000**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Macillster Rental LLC
2. Caterpillar Financial Services**

Describe debtor's property that is subject to a lien
**Caterpillar CT660 Truck**

_____

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| $42,340.05 | $50,000.00 |

---

**2.2  CNH Industrial Capital**
Creditor's Name

**P.O. Box 3600
Lancaster, PA 17604-3600**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
06/09/2017**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**(2) Case SR 270 Enhanced High Flow Loaders**

_____

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $128,414.00 | $50,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **GA Paving, LLC**
_____
Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **JCB Finance** | Describe debtor's property that is subject to a lien | $0.00 | $150,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2012 Dynapac F100100 Paver SN: D007852** | | |

**1603 E. Alngonquin Rd.
Arlington Heights, IL 60005**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
06/06/2016
Last 4 digits of account number
5001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Macillster Rental LLC** | Describe debtor's property that is subject to a lien | $0.00 | $50,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Caterpillar CT660 Truck** | | |

**7515 E. 3oth Street
P.O. Box 1941
Indianapolis, IN 46206-1941**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $170,754.05 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **GA Paving, LLC** | Case number (*if know*) | |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **GA Paving, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**1st Ayd Corporation**<br>P.O. Box 5298<br>Elgin, IL 60121-5298<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$337.85** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Amerigas**<br>4158 Division St.<br>Hillside, IL 60162<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$187.55** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Aqua Fiori Inc.**<br>1215 N. 25th Ave.<br>Melrose Park, IL 60160<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$450.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Arrow Road Construction Co.**<br>1445 Oakton St.<br>Palatine, IL 60067<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$193,014.44** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     51456     Best Case Bankruptcy

| Debtor | **GA Paving, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,703.26**

Avalon Petroleum Co.
7326 Eagle Way
Chicago, IL 60678-1073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,722.00**

C. Presa Trucking
10514 Montana Ave.
Melrose Park, IL 60164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,650.00**

Carbit Corp.
c/o Garrett Realty
2211 N. Elston Ave. Ste. 308
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,218.34**

Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,512.15**

Chave Trucking
3823 Grove Ave.
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848.27**

Chicago Cut Concrete Cutting Inc.
674 Albion Ave.
Schaumburg, IL 60193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274,226.33**

Chicago Testing Laboratory
18100 S. Indiana Av.
Thornton, IL 60476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **GA Paving, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,558.18**

**CNH Industrial**
**Dept. 18 5503509437**
**P.O. Box 688912**
**Des Moines, IA 50368-8912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$602.17**

**Comcast**
**P.O. Box 3002**
**Southeastern, PA 19398-3002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$426.77**

**Commercial Tire Service**
**1105 N. 30th Ave.**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,000.00**

**Concept Construction**
**10 W. St. Charles Rd.**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,388.75**

**Concrete Guys**
**4121 Judd**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Continental Casualty Company**
**P.O. Box 59838-0838**
**Schaumburg, IL 60159-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number  9363

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,462.20**

**Cuebas Landscaping & Snow Removal**
**3343 W. Potomac**
**Chicago, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GA Paving, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$553,647.07**

**DuPage Materials Company LLC**
**999 Oakmont Plaza Drive**
**Suite 200**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,422.50**

**Edmund P. Wanderling**
**2505 S. Des Plaines**
**Riverside, IL 60546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,953.20**

**Efficient Trucking Inc.**
**3201 S. Hoyne Ave.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,580.00**

**Elgin Sweeping Services Inc.**
**1015 W. Pershing**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,143.31**

**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,127.69**

**FTL Flood Testing Laboratories**
**1945 E. 87th St.**
**Chicago, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,167.50**

**Gallagher Materials Corp.**
**18100 S. Indiana Ave.**
**Thornton, IL 60476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Trade debt___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GA Paving, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,924.25** |
|---|---|---|---|

**Geomat**
**P.O. Box 935**
**Minooka, IL 60447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.25** |
|---|---|---|---|

**Hinckley Springs**
**P.O. Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$759.00** |
|---|---|---|---|

**Illinois Central Sweeping Service**
**P.O. Box 299**
**Blue Island, IL 60406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Illinois Department of Revenue**
**P.O. Box 19006**
**Springfield, IL 62794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.94** |
|---|---|---|---|

**Inner Security Systems**
**418 Treasure Drive**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,805.41** |
|---|---|---|---|

**IPFS Corporation**
**24722 Network Place**
**Chicago, IL 60673-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,222.75** |
|---|---|---|---|

**Jamart Enterprises**
**5408 6th Ave.**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **GA Paving, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,263.10** |
|---|---|---|---|

**JKS Ventures**
**5521 N. Cumberland Ave.**
**Ste. 1106**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00** |
|---|---|---|---|

**Jose G. Trucking Inc.**
**3131 N. Marion St.**
**Melrose Park, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359.14** |
|---|---|---|---|

**Konica Minolta Business Solutions**
**USA Inc**
**Dept. CH 19188**
**Palatine, IL 60055-9188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,095.00** |
|---|---|---|---|

**LGI Supply**
**910 W. Van Buren St.**
**Box 191**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,520.00** |
|---|---|---|---|

**M&J Asphalt**
**3124 S. 60th Ct.**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,544.18** |
|---|---|---|---|

**Markham Asphalt Company**
**999 Oakmon Plaza Drive**
**Suite 200**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,069.28** |
|---|---|---|---|

**McCann Industries**
**P.O. Box 5609**
**Carol Stream, IL 60197-5609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GA Paving, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$507,608.56** |
|---|---|---|---|

**Metromax Contractors**
**9560 Sergo Drive**
**Ste. 100**
**Coal City, IL 60416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,963.00** |
|---|---|---|---|

**National Trench Safety**
**P.O. Box 750963**
**Houston, TX 77075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,582.92** |
|---|---|---|---|

**Nationwide**
**Processing Center**
**P.O. Box 37712**
**Philadelphia, PA 19101-5012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.45** |
|---|---|---|---|

**Nicor Gas**
**P.O. Box 0632**
**Aurora, IL 60507-0632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Norcomm Public Safety**
**395 W. Lake St.**
**P.O. Box 1408**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,646.98** |
|---|---|---|---|

**O'Leary's Contractors Equipment**
**1031 N. Cicero Ave.**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,600.00** |
|---|---|---|---|

**Odyssey Barricade Service**
**15W273 83rd St.**
**Ste. B2**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **GA Paving, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655,753.39** |
| | **Ozinga Materials** | ☐ Contingent | |
| | **19001 LaGrange Rd.** | ☐ Unliquidated | |
| | **Ste. 300** | ☐ Disputed | |
| | **Mokena, IL 60448** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00** |
| | **Powers 24 hour Towing Service** | ☐ Contingent | |
| | **4722 Roosevelt Rd.** | ☐ Unliquidated | |
| | **Hillside, IL 60162** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,450.00** |
| | **R. Pernini & Associates** | ☐ Contingent | |
| | **6440 N. Central Ave.** | ☐ Unliquidated | |
| | **Chicago, IL 60646** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,730.00** |
| | **Ranger Construction Inc.** | ☐ Contingent | |
| | **8801 S. Stoney Island Ave.** | ☐ Unliquidated | |
| | **Chicago, IL 60617** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,046.00** |
| | **Reliable Asphalt** | ☐ Contingent | |
| | **2252 Southwind Blvd.** | ☐ Unliquidated | |
| | **Bartlett, IL 60103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
| | **Roadway Lines Corp** | ☐ Contingent | |
| | **P.O. Box 961** | ☐ Unliquidated | |
| | **West Dundee, IL 60123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,943.48** |
| | **Seal Master Chicago** | ☐ Contingent | |
| | **375 Roma Jean Pkwy.** | ☐ Unliquidated | |
| | **Streamwood, IL 60107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **GA Paving, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,340.68** |
|---|---|---|---|

**Superior Construction Co.**
**1455 Louis Sullivan Dr.**
**Portage, IN 46368**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.36** |
|---|---|---|---|

**Terminal Supply**
**1800 Thunderbird**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.80** |
|---|---|---|---|

**Terrace Supply**
**1397 Glenlake Ave.**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,673.15** |
|---|---|---|---|

**Three Brothers Concrete**
**615 N. 2nd Ave.**
**Maywood, IL 60153**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,386.13** |
|---|---|---|---|

**Tierra Environmental Services Inc.**
**3821 Indianapolis Blvd.**
**East Chicago, IN 46312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,910.00** |
|---|---|---|---|

**V&N Concrete Products**
**35 Forestwood Drove**
**Romeoville, IL 60446**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184,377.05** |
|---|---|---|---|

**VCNA Prairie LLC**
**6185 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GA Paving, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.00 |
|---|---|---|---|

**Village of Schiller Park**
**0526 W. Irving Park Rd.**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,850.00 |
|---|---|---|---|

**Wigboldy Materials**
**3841 W. 128th Place**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,791.35 |
|---|---|---|---|

**Willie Brothers Company**
**11393 W. Manhattan Monee Rd.**
**Monee, IL 60449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Buikema Hiskes Dillner**<br>**10759 W. 159th St.**<br>**Suite 55**<br>**Orland Park, IL 60467** | Line **3.25**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Edmund Wanderling**<br>**2505 S. Des Plaines Ave.**<br>**Riverside, IL 60546** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Leviton Law Firm Ltd.**<br>**3 Golf Center**<br>**Suite 361**<br>**Hoffman Estates, IL 60169** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Patrick H. Smyth & Associates**<br>**105 W, Madison**<br>**Suite 901**<br>**Chicago, IL 60602** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,174,559.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,174,559.13 |

**Fill in this information to identify the case:**

Debtor name     **GA Paving, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **George Angelillo** | **P.O. Box 75**<br>**Bellwood, IL 60104** | **Caterpillar Financial Services** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **GA Paving, LLC** _____   Case No. _____

                                           Debtor(s)                  Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Angelillo<br>P.O. Box 75<br>Bellwood, IL 60104** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August  2, 2019** _____    Signature  **/s/ George Angelillo** _____
                                                                                **George Angelillo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **GA Paving, LLC** _____    Case No. _____

                   Debtor(s)    Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **73**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 2, 2019** _____      **/s/ George Angelillo** _____

                                       **George Angelillo**/
                                       Signer/Title

1st Ayd Corporation
P.O. Box 5298
Elgin, IL 60121-5298


Amerigas
4158 Division St.
Hillside, IL 60162


Aqua Fiori Inc.
1215 N. 25th Ave.
Melrose Park, IL 60160


Arrow Road Construction Co.
1445 Oakton St.
Palatine, IL 60067


Avalon Petroleum Co.
7326 Eagle Way
Chicago, IL 60678-1073


Buikema Hiskes Dillner
10759 W. 159th St.
Suite 55
Orland Park, IL 60467


C. Presa Trucking
10514 Montana Ave.
Melrose Park, IL 60164


Carbit Corp.
c/o Garrett Realty
2211 N. Elston Ave. Ste. 308
Chicago, IL 60614


Caterpillar Financial Services
2120 West End Ave.
P.O. Box 340001
Nashville, TN 37203-0001


Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

Chave Trucking
3823 Grove Ave.
Berwyn, IL 60402


Chicago Cut Concrete Cutting Inc.
674 Albion Ave.
Schaumburg, IL 60193


Chicago Testing Laboratory
18100 S. Indiana Av.
Thornton, IL 60476


CNH Industrial
Dept. 18 5503509437
P.O. Box 688912
Des Moines, IA 50368-8912


CNH Industrial Capital
P.O. Box 3600
Lancaster, PA 17604-3600


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Commercial Tire Service
1105 N. 30th Ave.
Melrose Park, IL 60160


Concept Construction
10 W. St. Charles Rd.
Lombard, IL 60148


Concrete Guys
4121 Judd
Schiller Park, IL 60176


Continental Casualty Company
P.O. Box 59838-0838
Schaumburg, IL 60159-0838


Cuebas Landscaping & Snow Removal
3343 W. Potomac
Chicago, IL 60651

DuPage Materials Company LLC
999 Oakmont Plaza Drive
Suite 200
Westmont, IL 60559


Edmund P. Wanderling
2505 S. Des Plaines
Riverside, IL 60546


Edmund Wanderling
2505 S. Des Plaines Ave.
Riverside, IL 60546


Efficient Trucking Inc.
3201 S. Hoyne Ave.
Chicago, IL 60608


Elgin Sweeping Services Inc.
1015 W. Pershing
Chicago, IL 60609


Fastenal
P.O. Box 1286
Winona, MN 55987-1286


FTL Flood Testing Laboratories
1945 E. 87th St.
Chicago, IL 60617


Gallagher Materials Corp.
18100 S. Indiana Ave.
Thornton, IL 60476


Geomat
P.O. Box 935
Minooka, IL 60447


George Angelillo
P.O. Box 75
Bellwood, IL 60104


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579

Illinois Central Sweeping Service
P.O. Box 299
Blue Island, IL 60406


Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794


Inner Security Systems
418 Treasure Drive
Oswego, IL 60543


IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247


Jamart Enterprises
5408 6th Ave.
La Grange, IL 60525


JCB Finance
1603 E. Alngonquin Rd.
Arlington Heights, IL 60005


JKS Ventures
5521 N. Cumberland Ave.
Ste. 1106
Chicago, IL 60656


Jose G. Trucking Inc.
3131 N. Marion St.
Melrose Park, IL 60164


Konica Minolta Business Solutions
USA Inc
Dept. CH 19188
Palatine, IL 60055-9188


Leviton Law Firm Ltd.
3 Golf Center
Suite 361
Hoffman Estates, IL 60169

LGI Supply
910 W. Van Buren St.
Box 191
Chicago, IL 60607


M&J Asphalt
3124 S. 60th Ct.
Cicero, IL 60804


Macillster Rental LLC
7515 E. 3oth Street
P.O. Box 1941
Indianapolis, IN 46206-1941


Markham Asphalt Company
999 Oakmon Plaza Drive
Suite 200
Westmont, IL 60559


McCann Industries
P.O. Box 5609
Carol Stream, IL 60197-5609


Metromax Contractors
9560 Sergo Drive
Ste. 100
Coal City, IL 60416


National Trench Safety
P.O. Box 750963
Houston, TX 77075


Nationwide
Processing Center
P.O. Box 37712
Philadelphia, PA 19101-5012


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Norcomm Public Safety
395 W. Lake St.
P.O. Box 1408
Elmhurst, IL 60126

O'Leary's Contractors Equipment
1031 N. Cicero Ave.
Chicago, IL 60657


Odyssey Barricade Service
15W273 83rd St.
Ste. B2
Willowbrook, IL 60527


Ozinga Materials
19001 LaGrange Rd.
Ste. 300
Mokena, IL 60448


Patrick H. Smyth & Associates
105 W, Madison
Suite 901
Chicago, IL 60602


Powers 24 hour Towing Service
4722 Roosevelt Rd.
Hillside, IL 60162


R. Pernini & Associates
6440 N. Central Ave.
Chicago, IL 60646


Ranger Construction Inc.
8801 S. Stoney Island Ave.
Chicago, IL 60617


Reliable Asphalt
2252 Southwind Blvd.
Bartlett, IL 60103


REliable Materials Lyons LLC
2250 Southwind blvd.
Bartlett, IL 60103


Roadway Lines Corp
P.O. Box 961
West Dundee, IL 60123

Seal Master Chicago
375 Roma Jean Pkwy.
Streamwood, IL 60107


Superior Construction Co.
1455 Louis Sullivan Dr.
Portage, IN 46368


Terminal Supply
1800 Thunderbird
Troy, MI 48084


Terrace Supply
1397 Glenlake Ave.
Itasca, IL 60143


Three Brothers Concrete
615 N. 2nd Ave.
Maywood, IL 60153


Tierra Environmental Services Inc.
3821 Indianapolis Blvd.
East Chicago, IN 46312


V&N Concrete Products
35 Forestwood Drove
Romeoville, IL 60446


VCNA Prairie LLC
6185 Paysphere Circle
Chicago, IL 60674


Village of Schiller Park
0526 W. Irving Park Rd.
Schiller Park, IL 60176


Wigboldy Materials
3841 W. 128th Place
Alsip, IL 60803


Willie Brothers Company
11393 W. Manhattan Monee Rd.
Monee, IL 60449

# United States Bankruptcy Court
### Northern District of Illinois

In re    **GA Paving, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **GA Paving, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  2, 2019**

Date

**/s/ Bradley H. Foreman**

**Bradley H. Foreman**

Signature of Attorney or Litigant

Counsel for    **GA Paving, LLC**

**The Law Offices of Bradley H. Foreman, P.C.**
**900 West Jackson Blvd.**
**Suite 7E**
**Chicago, IL 60607-3742**
**(312) 948-8126 Fax:(855) 948-8127**
**brad@foremanlawoffice .com**