## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **GA PAVING, LLC** ) | **Case No.: 19-B-21753** |
| ) | |
| Debtor. ) | **Honorable Deborah L. Thorne** |
| ) | Hearing Date: February 20, 2020 |

### NOTICE OF MOTION

To: Attached Service List

PLEASE TAKE NOTICE that at 9:30 A.M. on February 20, 2020, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Deborah L. Thorne, Courtroom 613, in the United States Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois, and present Gracewell Construction Corporation's Motion for Order Allowing Administrative Expenses, a copy of which is herewith served upon you.

Gracewell Construction Corporation

By: /s/ Amy E. Olson
One of its attorneys

ARDC: 6304972
Amy E. Olson
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
amy@keaycostello.com
(630) 690-6446

### PROOF OF SERVICE

The undersigned certifies that on this 4th day of February 2020 she served this notice and attached Motion to the above addressees via the Court's electronic notification system, email, and first class mail as noted.

/s/ Amy E. Olson
Amy E. Olson

**Service List**

<u>Parties Served via the Court's Electronic Notification System</u>
Paul A. Brocksmith, paul@brocklaw.com
Michelle L. Feola, mfeola@frltd.com
Bradley H. Foreman, brad@bradleyforeman.com
Thomas B. Fullerton, thomas.fullerton@akerman.com
Neil P. Gantz, neilgantz@yahoo.com
Victoria R. Glidden, vlgidden@hinshawlaw.com
Krysta K. Gumbiner, krysta.gumbiner@dinsmore.com
Charles A. King, chuck.king@cityofchicago.org
Christina Krivanek Wernick, cwernick@cvldc.org
Patrick S. Layng, USTPRegion11.ES.ECF@usdoj.gov
Thomas S. Leo, sloe@leolawpc.com
Frederick A. Lurie, f.lurielaw@outlook.com
Raymond J. Ostler, rostler@gsgolaw.com
Michael Palermo, Palermo@palermolaw,.com
William S. Piper, wpiper@leoplawpc.com
Richard B. Polony, rpolony@hinshawlaw.com
Bruce C. Scalambrino, bcs@sacounsel.com
David S. Shapiro, dshapiro@mckenna-law.com
Samuel J. Tallman, stallman@frltd.com
Michael J. Weber, michael.weber@dinsmore.com

<u>Parties Served via First Class Mail</u>
Arrow Road Construction Company 1445 Oakton Street, Elk Grove Village, IL 60007
Construction and General Laborers' Dist 999 McClintock Drive Ste. 300, Burr Ridge, IL 60527
GA Paving, LLC 1100 S. 25th Ave., Bellwood, IL 60104
Healy Asphalt Company 1445 Oakton, Elk Grove Village, IL 60007
NH Environmental Group d/b/a Tierra Environm 3821 Indianapolis Blvd., East Chicago, IL 46312
ODDYSEY GROUP LLC d/b/a ODYSSEY BARRICADE SE 16W2738 3rd St., BURR RIDGE, IL 60527
West Bend Mutual Insurance Company c/o The Law Offices of T. Scott Leo, P.C 100 N. LaSalle St., Ste# 514, Chicago, IL 60602
U.S. Bankruptcy Court Eastern Division 219 S Dearborn 7th Floor, Chicago, IL 60604
1st Ayd Corporation P.O. Box 5298, Elgin, IL 60121
Amerigas 4158 Division St., Hillside, IL 60162
Aqua Fiori Inc. 1215 N. 25th Ave., Melrose Park, IL 60160
Avalon Petroleum Company 200 E Court St., Suite 720, Kankakee IL 60901
Bank of the West c/o David Shapiro 33 N. LaSalle St., Ste. 1400, Chicago, IL 60602
Buikema Hiskes Dillner 10759 W. 159th St., Suite 55, Orland Park, IL 60467
C. Presa Trucking 10514 Montana Ave., Melrose Park, IL 60164

CNH Industrial Dept. 18 P.O. Box 688912, Des Moines, IA 50368
CNH Industrial Capital P.O. Box 3600, Lancaster, PA 17604
CNH Industrial Capital America LLC P.O. Box 71264, Philadelphia, PA 19176
Capital One Bank (USA), N.A. 4515 N Santa Fe Ave, Oklahoma City, OK 73118¬
Carbit Corp. c/o Garrett Realty 2211 N. Elston Ave. Ste. 308, Chicago, IL 60614
Caterpillar Financial Services 2120 West End Ave., Nashville, TN 37203
Cellco Partnership dba Verizon Wireless 22001 Loudoun County Pkwy., Ashburn, VA 20147
Certified Laboratories 23261 Network Place, Chicago, IL 60673
Certified Labs Credit Dept 2727 Chemsearch Blvd., Irving, TX 75062
Chave Trucking 3823 Grove Ave., Berwyn, IL 60402
Chicago Cut Concrete Cutting Inc. 674 Albion Ave., Schaumburg, IL 60193
Chicago Testing Laboratory 18100 S. Indiana Ave., Thornton, IL 60476
Comcast P.O. Box 3002, Southeastern, PA 19398
Commercial Tire Service 1105 N. 30th Ave., Melrose Park, IL 60160
Concept Construction 10 W. St. Charles Rd., Lombard, IL 60148
Concrete Guys 4121 Judd, Schiller Park, IL 60176
Continental Casualty Company P.O. Box 59838, Schaumburg, IL 60159
Cuebas Landscaping & Snow Removal 3343 W. Potomac, Chicago, IL 60651
Cuebas Landscaping Corp. c/o Fuchs & Roselli, Ltd, 200 South Wacker Drive, Suite 600, Chicago, IL 60606
DuPage Materials Company LLC 999 Oakmont Plaza Drive, Suite 200, Westmont, IL 60559
Edmund P. Wanderling 2505 S. Des Plaines, Riverside, IL 60546
Efficient Trucking, Inc. c/o Frederick A. Lurie, 123 North Wacker Drive Suite 250, Chicago, IL 60606
Elgin Sweeping Services Inc. 1015 W. Pershing, Chicago, IL 60609
FTL Flood Testing Laboratories 1945 E. 87th St., Chicago, IL 60617
Fastenal P.O. Box 1286, Winona, MN 55987
Gallagher Materials Corp. 18100 S. Indiana Ave., Thornton, IL 60476
Geomat P.O. Box 935, Minooka, IL 60447
George Angelillo P.O. Box 75, Bellwood, IL 60104
Hinckley Springs P.O. Box 660579, Dallas, TX 75266
IPFS CORPORATION 30 Montgomery Street Suite 1000, Jersey City NJ 07302
Illinois Central Sweeping Service P.O. Box 299, Blue Island, IL 60406
Illinois Department of Employment Security 33 South State Street, Chicago, Illinois 60603
Illinois Department of Revenue Bankruptcy Unit P.O. Box 19035, Springfield IL 62794
Inner Security Systems 418 Treasure Drive, Oswego, IL 60543
Internal Revenue Service P.O. Box 7346, Philadelphia, PA 19101
JCB Finance 1603 E. Algonquin Rd., Arlington Heights, IL 60005
JKS Ventures 5521 N. Cumberland Ave. Ste. 1106, Chicago, IL 60656
Jamart Enterprises, Inc. c/o Fuchs & Roselli, Ltd., 200 South Wacker Drive, Suite 600, Chicago, IL 60606
Jose G. Trucking Inc. 3131 N. Marion St., Melrose Park, IL 60164
LGI Supply 910 W. Van Buren St., P.O. Box 191, Chicago, IL 60607

Leviton Law Firm Ltd. 3 Golf Center Suite 361, Hoffman Estates, IL 60169
M&J Asphalt 3124 S. 60th Ct., Cicero, IL 60804
Macillster Rental LLC 7515 E. 30th Street, P.O. Box 1941, Indianapolis, IN 46206
Markham Asphalt Company 999 Oakmon Plaza Drive Suite 200, Westmont, IL 60559¬
McCann Industries P.O. Box 5609, Carol Stream, IL 60197
Metromax Contractors 9560 Sergo Drive Ste. 100, Coal City, IL 60416
National Trench Safety P.O. Box 750963, Houston, TX 77275
Nationwide Processing Center, P.O. Box 37712, Philadelphia, PA 19101
Nicor Gas P.O. Box 0632, Aurora, IL 60507
Norcomm Public Safety 395 W. Lake St., P.O. Box 1408, Elmhurst, IL 60126
O'Leary's Contractors Equipment 1031 N. Cicero Ave., Chicago, IL 60651
Ozinga Materials 19001 LaGrange Rd. Ste. 300, Mokena, IL 60448
Patrick H. Smyth & Associates 105 W, Madison Suite 901, Chicago, IL 60602
Powers 24 hour Towing Service| 4722 Roosevelt Rd., Hillside, IL 60162
R. Pernini & Associates 6440 N. Central Ave., Chicago, IL 60646
Reliable Materials Lyons LLC 2250 Southwind Blvd., Bartlett, IL 60103
Ranger Construction Inc. 8801 S. Stoney Island Ave., Chicago, IL 60617
Reliable Asphalt 2252 Southwind Blvd., Bartlett, IL 60103
Roadway Lines Corp P.O. Box 961, West Dundee, IL 60118
Seal Master Chicago 375 Roma Jean Pkwy., Streamwood, IL 60107
Superior Construction Co. 1455 Louis Sullivan Dr., Portage, IN 46368
Terminal Supply 1800 Thunderbird, Troy, MI 48084
Terrace Supply 1397 Glenlake Ave., Itasca, IL 60143
Three Brothers Concrete 615 N. 2nd Ave., Maywood, IL 60153
V&N Concrete Products 35 Forestwood Drive, Romeoville, IL 60446
VCNA Prairie LLC 6185 Paysphere Circle, Chicago, IL 60674
Village of Schiller Park 0526 W. Irving Park Rd., Schiller Park, IL 60176
Wigboldy Materials, Inc. c/o Bruce C Scalambrino Esq., 105 West Madison Street Suite 1600, Chicago IL 60602
Willie Brothers Company 11393 W. Manhattan Monee Rd., Monee, IL 60449

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **GA PAVING, LLC** ) | Case No. 19-B-21753 |
| ) | |
| Debtor. ) | Honorable Deborah L. Thorne |
| ) | Hearing Date: 2-20-2020 |
| ) | 9:30AM |

## MOTION FOR ORDER ALLOWING PAYMENT OF ADMINISTRATIVE EXPENSES

NOW COMES Creditor, Gracewell Contracting Corporation (hereinafter "Gracewell"), by and through its attorney, Keay & Costello P.C. and hereby moves this Court to enter an Order directing Debtor GA Paving, LLC (hereinafter "GA Paving" or "Debtor") to pay priority administrative expenses consisting of wages for services rendered by Debtor's contractor post-petition in accordance with various contracts and agreements and 11 U.S.C. § 503(b)(1)(A)(ii). In support of its Motion, Creditor Gracewell Contracting Corporation states as follows:

1. Debtor filed a voluntary petition for Chapter 11 bankruptcy on August 2, 2019 ("Petition").

2. Debtor and Gracewell entered into contracts and agreements for work to be performed prior to the filing of Debtor's Petition.

3. Debtor has continued to operate post-petition and has employed Gracewell for work covered under such contracts and agreements.

4. Debtor has failed to pay Gracewell for work performed commencing in April 2019 to present. See unpaid invoices and agreements between Debtor and Gracewell attached hereto as Exhibit A.

5. Under the terms of the contracts and agreements between Debtor and Gracewell for work performed, Debtor is obligated to pay Gracewell wages such work performed. See id.

6. Debtor is bound by the terms of such contracts and agreements with Gracewell and has failed to pay Gracewell its wages for the work performed under all contracts and agreements.

7. Debtor is indebted to Gracewell for wages resulting from post-petition contracts and agreements in the amount of $204,781.

8. Debtor has filed a Proof of Claim for all amounts due and owing for pre-petition contracts for work performed.

9. Gracewell respectfully requests that this Court enter an Order requiring Debtor to comply with the terms of its contracts and agreements with Gracewell and pay Gracewell its due and owing wages for post-petition work performed in accordance with 11 U.S.C. § 503(b)(1)(A)(ii).

WHEREFORE, Gracewell Contracting Corporation respectfully requests that the Court enter an Order requiring Debtor to comply with the terms of its contracts and agreements with Gracewell and pay Gracewell its due and owing wages for post-petition work performed in accordance with 11 U.S.C. § 503(b)(1)(A)(ii).

Respectfully submitted,

Gracewell Contracting Corporation

By: *[signature]*
One of its attorneys

ARDC: 6304972
Amy E. Olson
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
amy@keaycostello.com
(630) 690-6446