**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| GA PAVING, LLC, | ) |
| | ) Case No. 19-21753 |
| Debtor. | ) Chapter 11 |
| | ) Judge Thorne |
| | ) |

**NOTICE OF MOTION**

TO:
All parties on the attached service list

Please take notice that on April 7, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Deborah L. Thorne, in Room 613 of the United States Bankruptcy Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL and then and there present the attached DEBTOR'S MOTION FOR AN ORDER ESTABLISHING PROCEDURES AND BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. P. 3003(c)(3), and seek the relief prayed for therein.

Name:     Bradley H. Foreman                       Attorney for Debtor
Address:   900 West Jackson Blvd. Suite 7E  City: Chicago, IL 60607
Telephone: (312) 948-8126

**PROOF OF SERVICE BY MAIL and ECF**

I, Bradley H. Foreman, the attorney, certify, that on March 9, 2020 I served this notice by mailing a copy to the persons listed on the attached service list at their addresses shown with proper postage prepaid, except as to those parties who have consented to electronic notice via ECF.

/s/ Bradley H. Foreman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-21753<br>Northern District of Illinois<br>Eastern Division<br>Tue Sep  3 12:28:44 CDT 2019 | Arrow Road Construction Company<br>1445 Oakton Street<br>Elk Grove Village, IL 60007-2023 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| GA Paving, LLC<br>1100 S. 25th Ave.<br>Bellwood, IL 60104-2401 | Healy Asphalt Company<br>1445 Oakton<br>Elk Grove Village, IL 60007-2023 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 1st Ayd Corporation<br>P.O. Box 5298<br>Elgin, IL 60121-5298 | Amerigas<br>4158 Division St.<br>Hillside, IL 60162-1803 |
| Aqua Fiori Inc.<br>1215 N. 25th Ave.<br>Melrose Park, IL 60160-3025 | Arrow Road Construction Co.<br>1445 Oakton St.<br>Palatine, IL 60067 | Avalon Petroleum Co.<br>7326 Eagle Way<br>Chicago, IL 60678-1073 |
| Buikema Hiskes Dillner<br>10759 W. 159th St.<br>Suite 55<br>Orland Park, IL 60467-8791 | C. Presa Trucking<br>10514 Montana Ave.<br>Melrose Park, IL 60164-1551 | CNH Industrial<br>Dept. 18 5503509437<br>P.O. Box 688912<br>Des Moines, IA 50368-8912 |
| CNH Industrial Capital<br>P.O. Box 3600<br>Lancaster, PA 17604-3600 | CNH Industrial Capital America LLC<br>PO Box 71264<br>Philadelphia, PA  19176-6264 | Carbit Corp.<br>c/o Garrett Realty<br>2211 N. Elston Ave. Ste. 308<br>Chicago, IL 60614-2921 |
| Caterpillar Financial Services<br>2120 West End Ave.<br>P.O. Box 340001<br>Nashville, TN 37203-0001 | Certified Laboratories<br>23261 Network Place<br>Chicago, IL 60673-1232 | Chave Trucking<br>3823 Grove Ave.<br>Berwyn, IL 60402-3907 |
| Chicago Cut Concrete Cutting Inc.<br>674 Albion Ave.<br>Schaumburg, IL 60193-4519 | Chicago Testing Laboratory<br>18100 S. Indiana Av.<br>Thornton, IL 60476-1276 | Comcast<br>P.O. Box 3002<br>Southeastern, PA 19398-3002 |
| Commercial Tire Service<br>1105 N. 30th Ave.<br>Melrose Park, IL 60160-3062 | Concept Construction<br>10 W. St. Charles Rd.<br>Lombard, IL 60148-7403 | Concrete Guys<br>4121 Judd<br>Schiller Park, IL 60176-1835 |
| Continental Casualty Company<br>P.O. Box 59838-0838<br>Schaumburg, IL 60159-0838 | Cuebas Landscaping & Snow Removal<br>3343 W. Potomac<br>Chicago, IL 60651-2322 | DuPage Materials Company LLC<br>999 Oakmont Plaza Drive<br>Suite 200<br>Westmont, IL 60559-5517 |

Edmund P. Wanderling
2505 S. Des Plaines
Riverside, IL 60546-1521

Edmund Wanderling
2505 S. Des Plaines Ave.
Riverside, IL 60546-1521

Efficient Trucking Inc.
3201 S. Hoyne Ave.
Chicago, IL 60608-6120

Elgin Sweeping Services Inc.
1015 W. Pershing
Chicago, IL 60609-1427

FTL Flood Testing Laboratories
1945 E. 87th St.
Chicago, IL 60617-2946

Fastenal
P.O. Box 1286
Winona, MN 55987-7286

Gallagher Materials Corp.
18100 S. Indiana Ave.
Thornton, IL 60476-1276

Geomat
P.O. Box 935
Minooka, IL 60447-0935

George Angelillo
P.O. Box 75
Bellwood, IL 60104-0075

Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

Illinois Central Sweeping Service
P.O. Box 299
Blue Island, IL 60406-0299

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Inner Security Systems
418 Treasure Drive
Oswego, IL 60543-7936

JCB Finance
1603 E. Alngonquin Rd.
Arlington Heights, IL 60005-4758

JKS Ventures
5521 N. Cumberland Ave.
Ste. 1106
Chicago, IL 60656-4722

Jamart Enterprises
5408 6th Ave.
La Grange, IL 60525-3660

Jose G. Trucking Inc.
3131 N. Marion St.
Melrose Park, IL 60164-1006

Konica Minolta Business Solutions
USA Inc
Dept. CH 19188
Palatine, IL 60055-9188

LGI Supply
910 W. Van Buren St.
Box 191
Chicago, IL 60607-3523

Leviton Law Firm Ltd.
3 Golf Center
Suite 361
Hoffman Estates, IL 60169-4910

M&J Asphalt
3124 S. 60th Ct.
Cicero, IL 60804-3749

Macillster Rental LLC
7515 E. 3oth Street
P.O. Box 1941
Indianapolis, IN 46206-1941

Markham Asphalt Company
999 Oakmon Plaza Drive
Suite 200
Westmont, IL 60559-5517

McCann Industries
P.O. Box 5609
Carol Stream, IL 60197-5609

Metromax Contractors
9560 Sergo Drive
Ste. 100
Coal City, IL 60416

NH ENVIRONMENTAL GROUP, INC.
a.k.a TIERRA ENVIRONM
Patrick H Smyth & Associates
105 W Madison Street
Suite 109
Chicago IL 60602-4664

National Trench Safety
P.O. Box 750963
Houston, TX 77275-0963

Nationwide
Processing Center
P.O. Box 37712
Philadelphia, PA 19101-5012

Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632

| | | |
|---|---|---|
| Norcomm Public Safety<br>395 W. Lake St.<br>P.O. Box 1408<br>Elmhurst, IL 60126-8408 | O'Leary's Contractors Equipment<br>1031 N. Cicero Ave.<br>Chicago, IL 60651-3202 | Odyssey Barricade Service<br>15W273 83rd St.<br>Ste. B2<br>Willowbrook, IL 60527 |
| Ozinga Materials<br>19001 LaGrange Rd.<br>Ste. 300<br>Mokena, IL 60448 | Patrick H. Smyth & Associates<br>105 W, Madison<br>Suite 901<br>Chicago, IL 60602-4664 | Powers 24 hour Towing Service<br>4722 Roosevelt Rd.<br>Hillside, IL 60162-2036 |
| R. Pernini & Associates<br>6440 N. Central Ave.<br>Chicago, IL 60646-2935 | REliable Materials Lyons LLC<br>2250 Southwind blvd.<br>Bartlett, IL 60103-1304 | Ranger Construction Inc.<br>8801 S. Stoney Island Ave.<br>Chicago, IL 60617-2810 |
| Reliable Asphalt<br>2252 Southwind Blvd.<br>Bartlett, IL 60103-1304 | Roadway Lines Corp<br>P.O. Box 961<br>West Dundee, IL 60118-0961 | Seal Master Chicago<br>375 Roma Jean Pkwy.<br>Streamwood, IL 60107-2932 |
| Superior Construction Co.<br>1455 Louis Sullivan Dr.<br>Portage, IN 46368-6437 | Terminal Supply<br>1800 Thunderbird<br>Troy, MI 48084-5428 | Terrace Supply<br>1397 Glenlake Ave.<br>Itasca, IL 60143-1140 |
| Three Brothers Concrete<br>615 N. 2nd Ave.<br>Maywood, IL 60153-1111 | Tierra Environmental Services Inc.<br>3821 Indianapolis Blvd.<br>East Chicago, IN 46312-2590 | V&N Concrete Products<br>35 Forestwood Drove<br>Romeoville, IL 60446-1343 |
| VCNA Prairie LLC<br>6185 Paysphere Circle<br>Chicago, IL 60674-0001 | Village of Schiller Park<br>0526 W. Irving Park Rd.<br>Schiller Park, IL 60176 | Wigboldy Materials<br>3841 W. 128th Place<br>Alsip, IL 60803-1516 |
| Willie Brothers Company<br>11393 W. Manhattan Monee Rd.<br>Monee, IL 60449 | Bradley H Foreman<br>Law Offices Of Bradley H Foreman, P.C.<br>900 West Jackson Blvd.<br>Suite 7E<br>Chicago, IL 60607-3742 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IPFS Corporation<br>24722 Network Place<br>Chicago, IL 60673-1247 | Illinois Department of Revenue<br>Bankruptcy Unit<br>PO BOX 19035<br>Springfield, IL 62794-9035 | (d)Illinois Department of Revenue<br>P.O. Box 19006<br>Springfield, IL 62794 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cuebas Landscaping Corp.

(u)Metromex Contractors Inc.

(u)Wigboldy Materials, Inc.
3841 W. 128th Place
Alsip


End of Label Matrix
Mailable recipients    83
Bypassed recipients     3
Total                  86

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| G.A. PAVING, LLC, | ) |
| | ) Case No. 19-21753 |
| Debtor. | ) Chapter 11 |
| | ) Judge Thorne |
| | ) |

**DEBTOR'S MOTION FOR AN ORDER ESTABLISHING
PROCEDURES AND BAR DATE FOR THE FILING OF
PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. P. 3003(c)(3)**

G.A. PAVING, LLC, debtor and debtor in possession herein, hereby brings this Motion for an Order Establishing Procedures and Bar Date for the Filing of Proofs of Claim Pursuant to Fed. R. Bankr. P. 3003(c)(3) (the "Motion") and, in support thereof, the Debtor respectfully states as follows:

1. On August 2, 2019, Debtor filed a voluntary petition in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et seq., as amended. The Debtor seeks to operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy code. No creditors' committee has yet been appointed in these cases. No trustee has been appointed.

2. This Court has jurisdiction of this motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §157(b)(2). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(b).

3. The Debtor requests that this Court enter an order (the "Bar Date Order"), setting Ju;y 31, 2020 as the bar date for filing proofs of claim (the "Bar Date") to enable the Debtor to evaluate the claims and effectively administer the estate.

4. Pursuant to Bankruptcy Rule 3003(c)(3), upon motion for an order establishing

procedures and a bar date for the filing of proofs of claim in chapter 11 cases, the court may fix a bar date by which proofs of claim must be filed.

5.  Bankruptcy Rule 2002(a)(7) provides that the notice of time fixed for filing proofs of claim shall not be less than twenty-one (21) days.

6.  The Bar Date will be the date by which all entities holding prepetition claims must file proofs of claim ("Proofs of Claim"). The Bar Date applies to all entities holding claims against the Debtor that arose or are deemed to have arisen prior to the Petition Date. The Bar Date further applies to all types of claims against the Debtor that arose prior to the Petition Date, including secured claims, unsecured priority claims (including, without limitation, claims entitled to priority under sections 507(a) and 503(b)(9) of the Bankruptcy Code), and unsecured nonpriority claims ("Claims"). The Debtor proposes that the filing of a Proof of Claim be deemed to satisfy the procedural requirements for the assertion of administrative priority claims under section 503(b)(9) of the Bankruptcy Code (which, despite their administrative priority status, are prepetition claims).

7.  Any creditor holding a claim arising prior to the Petition Date must file a Proof of Claim with the Court if the claim is: (i) not scheduled, (ii) scheduled as disputed, contingent, or unliquidated, or (iii) if such creditor disagrees with the amount or nature of the scheduled claim.

8.  All administrative claims under section 503(b) of the Bankruptcy Code (other than under section 503(b)(9)) must be made by separate requests for payment in accordance with section 503(a) of the Bankruptcy Code and will not be deemed proper if made by Proof of Claim. In addition, the Bar Date will not apply to administrative expense claims, other than claims under section 503(b)(9), claims of governmental entities, and claims of professionals for post-petition fees and expenses.

9.  The Debtor shall retain the right to: (a) dispute and assert offsets or defenses against any filed Claims or any Claim listed or reflected in the Debtor's schedules as to the nature, amount, liability, classification or otherwise of such Claim; and (b) subsequently designate any Claim as contingent, unliquidated, disputed or any combination thereof.

10. The Debtor further proposes that, pursuant to Bankruptcy Rule 3003(c)(2), any creditor that is required to file a Proof of Claim in this Case but that fails to do so in a timely manner should be forever barred, estopped, and enjoined from (a) asserting any Claim against the Debtor that such creditor has that (i) is in an amount that exceeds the amount, if any, that is set forth in the schedules, or (ii) is of a different nature or in a different classification (any such Claim referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any Chapter 11 plan with respect to an Unscheduled Claim; and the Debtor and its property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.

11. The Debtor believes a general bar date of July 31, 2020 will provide creditors with sufficient notice and opportunity to file their claims.

WHEREFORE, the Debtor respectfully requests that this Court enter an order, substantially in the form filed herewith as a Proposed Order, and grant such further relief as the Court deems just.

G.A. PAVING, LLC

By: /s/ Bradley H. Foreman
    Its Attorney

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
900 West Jackson Blvd.
Suite 7E

Chicago, IL 60607
(312) 948-8126
ARDC No. 6190545