# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| GA PAVING, LLC, ) | |
| ) | Case No. 19-21753 |
| Debtor. ) | Chapter 11 |
| ) | Judge Thorne |
| ) | |

## NOTICE OF MOTION

TO:
All parties on the attached service list

Please take notice that on January 7, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Deborah L. Thorne, in Room 613 of the United States Bankruptcy Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL and then and there present the attached **DEBTOR'S MOTION TO DISMISS CHAPTER 11 PETITION**, and seek the relief prayed for therein.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com. Then enter the meeting ID.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

Meeting ID and password. The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Name:      Bradley H. Foreman            Attorney for Debtor
Address:   900 West Jackson Blvd. Suite 7E   City: Chicago, IL 60607
Telephone: (312) 948-8126

## PROOF OF SERVICE BY MAIL and ECF

    I, Bradley H. Foreman, the attorney, certify, that on December 16, 2020, I served this notice by mailing a copy to the persons listed on the attached service list at their addresses shown with proper postage prepaid, except as to those parties who have consented to electronic notice via ECF.

/s/ Bradley H. Foreman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-21753<br>Northern District of Illinois<br>Eastern Division<br>Wed Jun 10 13:46:42 CDT 2020 | Arrow Road Construction Company<br>1445 Oakton Street<br>Elk Grove Village, IL 60007-2023 | Construction and General Laborers' Dist<br>999 McClintock Drive Ste. 300<br>Suite 300<br>Burr Ridge, IL 60527-0824 |
| GA Paving, LLC<br>1100 S. 25th Ave.<br>Bellwood, IL 60104-2401 | Healy Asphalt Company<br>1445 Oakton<br>Elk Grove Village, IL 60007-2023 | Laborers' Pension Fund and  Laborersï¿½<br>Office Of Fund Counsel<br>111 W. Jackson Blvd.,<br>Suite 1415<br>Chicago, IL 60604-3868 |
| NH Environmental Group d/b/a Tierra Environm<br>3821 Indianapolis Blvd.<br>East Chicago, IL 46312-2590 | ODDYSEY GROUP LLC d/b/a ODYSSEY BARRICADE SE<br>16W27383rdSt.<br>BURR RIDGE, IL 60527 | West Bend Mutual Insurance Company<br>c/o The Law Offices of T. Scott Leo, P.C<br>100 N. LaSalle St<br>Ste# 514<br>Chicago, il 60602-3551 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 1st Ayd Corporation<br>P.O. Box 5298<br>Elgin, IL 60121-5298 | 310 S. County Farm Road, Suite H<br>2250 Southwind Blvd.<br>Attn: Robin Komradt<br>Bartlett, IL 60103-1304 |
| Amerigas<br>4158 Division St.<br>Hillside, IL 60162-1803 | Aqua Fiori Inc.<br>1215 N. 25th Ave.<br>Melrose Park, IL 60160-3025 | Arrow Road Construction Co.<br>1445 Oakton St.<br>Palatine, IL 60067 |
| Avalon Petroleum Company<br>200 E Court St Suite 720<br>Kankakee IL 60901-3856 | Bank of the West<br>David Shapiro, McKenna Storer<br>33 N. LaSalle St.<br>Ste. 1400<br>Chicago IL 60602-2610 | Buikema Hiskes Dillner<br>10759 W. 159th St.<br>Suite 55<br>Orland Park, IL 60467-8791 |
| C. Presa Trucking<br>10514 Montana Ave.<br>Melrose Park, IL 60164-1551 | CNH Industrial<br>Dept. 18 5503509437<br>P.O. Box 688912<br>Des Moines, IA 50368-8912 | CNH Industrial Capital<br>P.O. Box 3600<br>Lancaster, PA 17604-3600 |
| CNH Industrial Capital America LLC<br>PO Box 71264<br>Philadelphia, PA  19176-6264 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Carbit Corp.<br>c/o Garrett Realty<br>2211 N. Elston Ave. Ste. 308<br>Chicago, IL 60614-2921 |
| Caterpillar Financial Services<br>2120 West End Ave.<br>P.O. Box 340001<br>Nashville, TN 37203-0001 | Caterpillar Financial Services Corporation<br>2120 Westend Ave<br>Nashville, TN 37203-5341 | Cellco Partnership dba Verizon Wireless<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6105 |
| Certified Laboratories<br>23261 Network Place<br>Chicago, IL 60673-1232 | Certified Labs<br>Credit Dept<br>2727 Chemsearch Blv<br>Irving, TX 75062-6454 | Chave Trucking<br>3823 Grove Ave.<br>Berwyn, IL 60402-3907 |

| | | |
|---|---|---|
| Chicago Cut Concrete Cutting Inc.<br>674 Albion Ave.<br>Schaumburg, IL 60193-4519 | Chicago Testing Laboratory<br>18100 S. Indiana Av.<br>Thornton, IL 60476-1276 | City of Chicago<br>Department of Law<br>P.O. Box 71429<br>Chicago, IL 60694-1429 |
| Comcast<br>P.O. Box 3002<br>Southeastern, PA 19398-3002 | Commercial Tire Service<br>1105 N. 30th Ave.<br>Melrose Park, IL 60160-3062 | Concept Construction<br>10 W. St. Charles Rd.<br>Lombard, IL 60148-7403 |
| Concrete Guys<br>4121 Judd<br>Schiller Park, IL 60176-1835 | Continental Casualty Company<br>P.O. Box 59838-0838<br>Schaumburg, IL 60159-0838 | Cuebas Landscaping & Snow Removal<br>3343 W. Potomac<br>Chicago, IL 60651-2322 |
| Cuebas Landscaping Corp.<br>Fuchs & Roselli, Ltd.<br>Attn: Michelle L. Feola<br>200 South Wacker Drive, Suite 600<br>Chicago, IL 60606-7211 | DuPage Materials Company LLC<br>999 Oakmont Plaza Drive<br>Suite 200<br>Westmont, IL 60559-5517 | Edmund P. Wanderling<br>2505 S. Des Plaines<br>Riverside, IL 60546-1521 |
| Edmund Wanderling<br>2505 S. Des Plaines Ave.<br>Riverside, IL 60546-1521 | Efficient Trucking Inc.<br>3201 S. Hoyne Ave.<br>Chicago, IL 60608-6120 | Efficient Trucking, Inc.<br>c/o Frederick A. Lurie<br>123 North Wacker Drive<br>Suite 250<br>Chicago, IL 60606-1912 |
| Elgin Sweeping Services Inc.<br>1015 W. Pershing<br>Chicago, IL 60609-1427 | FTL Flood Testing Laboratories<br>1945 E. 87th St.<br>Chicago, IL 60617-2946 | Fastenal<br>P.O. Box 1286<br>Winona, MN 55987-7286 |
| Fastenal Company<br>2001 Theurer Boulevard<br>winona, MN 55987-9902 | Floor Testing Laboratories, Inc.<br>Vedder Price PC; Attn: Allison Hudson<br>222 N LaSalle Street, Suite 2600<br>Chicago, IL 60601-1104 | G A Paving<br>Geomat Inc<br>P O Box 935<br>Minooka, IL 60447-0935 |
| Gallagher Materials Corp.<br>18100 S. Indiana Ave.<br>Thornton, IL 60476-1276 | Geomat<br>P.O. Box 935<br>Minooka, IL 60447-0935 | George Angelillo<br>P.O. Box 75<br>Bellwood, IL 60104-0075 |
| Gracewell Construction Corporation<br>128 S. County Farm Road<br>Wheaton, IL 60187-2400 | Hinckley Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 |
| IPFS Corporation<br>30 Montgomery Street, Suite 501<br>Jersey City, New Jersey 07302-3821 | Illinois Central Sweeping Service<br>P.O. Box 299<br>Blue Island, IL 60406-0299 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit 10th Flr. |

```
(p)ILLINOIS DEPARTMENT OF REVENUE      Inner Security Systems                 Internal Revenue Service
BANKRUPTCY UNIT                        418 Treasure Drive                     P.O. Box 7346
PO BOX 19035                           Oswego, IL 60543-7936                  Philadelphia, PA 19101-7346
SPRINGFIELD IL 62794-9035


J Steven Butkus                        JCB Finance                            JKS Ventures
310 S. County Farm Road, Suite H       1603 E. Alngonquin Rd.                 5521 N. Cumberland Ave.
Wheaton, IL 60187-2409                 Arlington Heights, IL 60005-4758       Ste. 1106
                                                                              Chicago, IL 60656-4722


Jamart Enterprises                     Jamart Enterprises, Inc.               Jeffrey R. Hoskins
5408 6th Ave.                          Fuchs & Roselli, Ltd.                  Hinshaw & Culbertson LLP
La Grange, IL 60525-3660               Attn: Samuel J. Tallman                100 Park Avenue
                                       200 South Wacker Drive, Suite 600      Rockford, IL 61101-1099
                                       Chicago, IL 60606-7211


Jose G. Trucking Inc.                  K-Five Hodgkins, LLC                   Konica Minolta Business Solutions
3131 N. Marion St.                     c/o Kevin Carrera                      USA Inc
Melrose Park, IL 60164-1006            Rathje Woodward, LLC                   Dept. CH 19188
                                       300 E Roosevelt Rd, Ste 300            Palatine, IL 60055-9188
                                       Wheaton, IL 60187-1908


LGI Supply                             Leviton Law Firm Ltd.                  M & J Asphalt Paving Co., Inc.
910 W. Van Buren St.                   3 Golf Center                          James J. Karras, Esquire, Kelly & Karras
Box 191                                Suite 361                              1010 Jorie Boulevard, Suite 100
Chicago, IL 60607-3523                 Hoffman Estates, IL 60169-4910         Oak Brook, Il 60523-2236


M&J Asphalt                            Macillster Rental LLC                  Markham Asphalt Company
3124 S. 60th Ct.                       7515 E. 3oth Street                    999 Oakmon Plaza Drive
Cicero, IL 60804-3749                  P.O. Box 1941                          Suite 200
                                       Indianapolis, IN 46206-1941            Westmont, IL 60559-5517


McCann Industries                      McCann Industries, Inc.                McCrite Milling & Construction, Inc
P.O. Box 5609                          c/o Nigro, Westfall & Gryska, P.C.     810 Industrial Blvd
Carol Stream, IL 60197-5609            Attn: Michael T. Nigro                 New Albany, IN 47150-2253
                                       One Tiffany Pointe, Suite 206
                                       Bloomingdale, IL 60108-2916


Metromax Contractors                   Michelle L. Feola                      NH ENVIRONMENTAL GROUP, INC.
9560 Sergo Drive                       Fuchs & Roselli, Ltd.                  a.k.a TIERRA ENVIRONM
Ste. 100                               200 South Wacker Drive                 Patrick H Smyth & Associates
Coal City, IL 60416                    Suite 600                              105 W Madison Street
                                       Chicago, IL 60606-7211                 Suite 109
                                                                              Chicago IL 60602-4664


National Trench Safety                 Nationwide                             Nicor Gas
P.O. Box 750963                        Processing Center                      P.O. Box 0632
Houston, TX 77275-0963                 P.O. Box 37712                         Aurora, IL 60507-0632
                                       Philadelphia, PA 19101-5012


Norcomm Public Safety                  O'Leary's Contractors Equipment        ODDYSEY GROUP LLC d/b/a ODDYSEY BARRICADE SE
395 W. Lake St.                        1031 N. Cicero Ave.                    16 W 273  83rd St.
P.O. Box 1408                          Chicago, IL 60651-3202                 Burr Ridge, IL 60527-5847
Elmhurst, IL 60126-8408
```

| | | |
|---|---|---|
| ODYSSEY GROUP LLC<br>Michael Palermo, Attorney<br>99 Ascension Dr, #J103<br>Asheville NC 28806-1999 | ODYSSEY GROUP LLC<br>d/b/a ODYSSEY BARRICADE SERVICES<br>16 W. 273  83RD ST. STE B2<br>BURR RIDGE, IL 60527-7952 | Odyssey Barricade Service<br>15W273 83rd St.<br>Ste. B2<br>Willowbrook, IL 60527 |
| Office of Fund Counsel, Laborers' Pensi<br>Office of Fund Counsel<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, IL 60604-3868 | Ozinga Materials<br>19001 LaGrange Rd.<br>Ste. 300<br>Mokena, IL 60448 | Ozinga Ready Mix Concrete, Inc.<br>Jeffrey R. Hoskins - Hinshaw & Culb<br>100 Park Avenue<br>Rockford, IL 61101-1099 |
| Patrick H. Smyth & Associates<br>105 W, Madison<br>Suite 901<br>Chicago, IL 60602-4664 | Powers 24 hour Towing Service<br>4722 Roosevelt Rd.<br>Hillside, IL 60162-2036 | R. Pernini & Associates<br>6440 N. Central Ave.<br>Chicago, IL 60646-2935 |
| REliable Materials Lyons LLC<br>2250 Southwind blvd.<br>Bartlett, IL 60103-1304 | Ranger Construction Inc.<br>8801 S. Stoney Island Ave.<br>Chicago, IL 60617-2810 | Reliable Asphalt<br>2252 Southwind Blvd.<br>Bartlett, IL 60103-1304 |
| Roadway Lines Corp<br>P.O. Box 961<br>West Dundee, IL 60118-0961 | Seal Master Chicago<br>375 Roma Jean Pkwy.<br>Streamwood, IL 60107-2932 | Superior Construction Co.<br>1455 Louis Sullivan Dr.<br>Portage, IN 46368-6437 |
| Terminal Supply<br>1800 Thunderbird<br>Troy, MI 48084-5428 | Terrace Supply<br>1397 Glenlake Ave.<br>Itasca, IL 60143-1140 | Three Brothers Concrete<br>615 N. 2nd Ave.<br>Maywood, IL 60153-1111 |
| Tierra Environmental Services Inc.<br>3821 Indianapolis Blvd.<br>East Chicago, IN 46312-2590 | V&N Concrete Products<br>35 Forestwood Drove<br>Romeoville, IL 60446-1343 | VCNA Prairie LLC<br>6185 Paysphere Circle<br>Chicago, IL 60674-0001 |
| Village of Schiller Park<br>0526 W. Irving Park Rd.<br>Schiller Park, IL 60176 | West Bend Mutual Insurance Company<br>c/o The Law Offices of T. Scott Leo, P.C<br>William S. Piper<br>100 N. LaSalle St., Suite #514<br>Chicago, IL 60602-3551 | Wigboldy Materials<br>3841 W. 128th Place<br>Alsip, IL 60803-1516 |
| Wigboldy Materials, Inc.<br>Bruce C Scalambrino Esq<br>105 West Madison Street<br>Suite 1600<br>Chicago IL 60602-4652 | Willie Brothers Company<br>11393 W. Manhattan Monee Rd.<br>Monee, IL 60449 | Bradley H Foreman<br>Law Offices Of Bradley H Foreman, P.C.<br>900 West Jackson Blvd.<br>Suite 7E<br>Chicago, IL 60607-3742 |
| Edmund Wanderling<br>The Law Offices of Bradley H. Foreman, P<br>900 West Jackson Blvd.<br>Suite 7E<br>Chicago, IL 60607-3742 | Neil P Gantz<br>Neil Gantz Law Offices<br>105 W Madison St<br>Chicago, IL 60602-4602 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IPFS Corporation<br>24722 Network Place<br>Chicago, IL 60673-1247 | Illinois Department of Revenue<br>Bankruptcy Unit<br>PO BOX 19035<br>Springfield, IL 62794-9035 | (d)Illinois Department of Revenue<br>P.O. Box 19006<br>Springfield, IL 62794 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank Of The West | (u)Chicago Testing Laboratory, Inc. | (u)City of Chicago |
| (u)Cuebas Landscaping Corp. | (u)DuPage Materials Company, LLC | (u)Efficient Trucking, Inc. |
| (u)Gracewell Contracting Corporation | (u)IPFS Corporation | (u)Jamart Enterprises, Inc. |
| (u)K-Five Hodgkins, LLC | (u)Metromex Contractors Inc. | (u)Ozinga Ready Mix Concrete, Inc. |
| (u)Philadelphia Indemnity Insurance Company | (u)Reliable Materials Lyons, LLC<br>2250 Southwind Blvd<br>Attn: Robin Kamradt<br>Bartlett | (u)Wigboldy Materials, Inc.<br>3841 W. 128th Place<br>Alsip |

End of Label Matrix
Mailable recipients   119
Bypassed recipients    15
Total                 134

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **G.A. PAVING, LLC,** ) | |
| ) | **Case No. 19-21753** |
| Debtor. ) | **Chapter 11** |
| ) | **Judge Thorne** |
| ) | |

## DEBTOR'S MOTION TO DISMISS CHAPTER 11 PETITION

G.A. PAVING, LLC, debtor and debtor in possession herein, hereby moves this Court for entry of an order pursuant to Section 1112(b) of the Bankruptcy Code, allowing voluntary dismissal of this Chapter 11 petition, and in support thereof states:

1. On August 2, 2019, Debtor filed a voluntary petition in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et seq., as amended. The Debtor sought to operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy code. No creditors' committee has yet been appointed in these cases. No trustee has been appointed.

2. This Court has jurisdiction of this motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §157(b)(2). The relief requested is authorized under Section 1112(b) of the United Bankruptcy Code.11 U.S.C. §1112(b).

3. Debtor is engaged in business as a commercial paving and road construction contractor. Debtor's principal customers are various local municipalities, including the City of Chicago. Prior to filing its Chapter 11 petition, debtor became embroiled in state court mechanics lien litigation arising out of work performed within and for the City of Chicago. As this case has progressed

through its second year, the issues with the City of Chicago are not yet fully resolved, although certain partial payments have been released by the City and are in the hands of the Clerk of the Circuit Court of Cook County.  Upon information and belief, the amount of $834,480.72 was deposited with the Clerk of the Circuit Court of Cook County on or about July 22, 2020. A partial distribution in the amount of $581,121.17 was recently agreed upon by the debtor and certain creditors, with the knowledge of this Court. Substantial moneys remain due to the debtor. The City of Chicago is in the process of evaluating amounts which it claims may be deducted form debtor based on contractual WBE (Women Business Enterprise) requirements and MBE (Minority Business Enterprise) requirements, but has no yet competed that process, and it is anticipated that this process is many months' away from final resolution. This process may also involve resolution of other pending disputes between the debtor and the City of Chicago regarding such compliance. Eventually, the substantial payments being made to the lienholders will substantially reduce – or in some cases eliminate– many claims in this estate. However, the delays will continue to negatively impact debtor's ability to prepare and file a plan and disclosure statement.  For instance, Section 1129(a)(7) provides that a plan must meet the following requirement, among others:

(7)With respect to each impaired class of claims or interests—

(A)each holder of a claim or interest of such class—

(i)has accepted the plan; or

(ii)will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of this title on such date...

4.  For these reasons, debtor is concerned that it may be unable to demonstrate to this Court

and to creditors that a plan will meet the requirements of Section 1129. Debtor cannot yet demonstrate that under a proposed reorganization plan creditors would receive not less than the amount they would receive if the debtor were liquidated. Meanwhile, debtor continues to incur substantial quarterly fees to the United States Trustee, as well as attorneys fees related to this Chapter 11 case. To date, all such quarterly fees are current, and all required monthly operating reports have been filed.

    5. Section 1112(b)(1), 11 U.S.C. §1112(b)(1) states:

> (1)Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

In this case, there is no evidence of "cause" that would justify denial of a voluntary dismissal, nor are there any "acts or omissions" nor "unusual circumstances" as described in Section 1112(b)(2) that would prevent voluntary dismissal. Debtor submits that continued operation as a "debtor in possession" may not be in the best interest of creditors. Nor would a conversion to Chapter 7 be warranted or beneficial to creditors. There are not substantial assets to be liquidated, and administrative costs and attorneys fees associated with any such liquidation would further erode any potential benefits to creditors. Instead, debtor intends at this time to continue as a going concern, preferably without the burdens and expenses incident to this Chapter 11 case. Among other things, Debtor expects to begin submitting various bids for municipal road construction work for the Spring 2021 season and after, and the Debtor is concerned that continuing to operate as a "debtor in possession" could potentially be a burden on these efforts. Debtor submits that creditors are more

likely to benefit from allowing it to operate as a going business. Since creditors will retain all of their legal rights outside of bankruptcy, then such creditors are not negatively impacted by a dismissal of this case.

6. Notice. The Debtor has provided more than 21 days' notice of this Motion by mail or via ECF electronic notice and filing to (a) the Office of the United States Trustee; and (b) to all creditors.

WHEREFORE, the Debtor respectfully requests that the Court enter an order allowing debtor to voluntarily dismiss this Chapter 11 case.

                G.A. PAVING, LLC

                By: /s/ Bradley H. Foreman
                    Its Attorney

Bradley H. Foreman
The Law Offices of Bradley H. Foreman, P.C.
900 West Jackson Blvd.
Suite 7E
Chicago, IL 60607
(312) 948-8126
ARDC No. 6190545