Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 19−21753
Chapter: 11
Judge: Deborah L. Thorne

In Re:
   GA Paving, LLC
   1100 S. 25th Ave.
   Bellwood, IL 60104

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   45−4491667

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 7, 2021

FOR THE COURT

Dated: January 8, 2021                      <u>Jeffrey P. Allsteadt , Clerk</u>
                                                    United States Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: ahamilton              Page 1 of 5
Date Rcvd: Jan 08, 2021        Form ID: ntcdsm            Total Noticed: 118

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GA Paving, LLC, 1100 S. 25th Ave., Bellwood, IL 60104-2401 |
| aty | + | Edmund Wanderling, The Law Offices of Bradley H. Foreman, P, 900 West Jackson Blvd., Suite 7E, Chicago, IL 60607-3742 |
| 28071995 | | 1st Ayd Corporation, P.O. Box 5298, Elgin, IL 60121-5298 |
| 28837048 | + | 310 S. County Farm Road, Suite H, 2250 Southwind Blvd., Attn: Robin Komradt, Bartlett, IL 60103-1304 |
| 28071996 | + | Amerigas, 4158 Division St., Hillside, IL 60162-1803 |
| 28071997 | + | Aqua Fiori Inc., 1215 N. 25th Ave., Melrose Park, IL 60160-3025 |
| 28071998 | | Arrow Road Construction Co., 1445 Oakton St., Palatine, IL 60067 |
| 28952410 | + | Arrow Road Construction Company, 1445 Oakton Street, Elk Grove Village, IL 60007-2023 |
| 28071999 | + | Avalon Petroleum Company, 200 E Court St Suite 720, Kankakee IL 60901-3856 |
| 28351460 | + | Bank of the West, David Shapiro, McKenna Storer, 33 N. LaSalle St., Ste. 1400, Chicago IL 60602-2610 |
| 28072000 | + | Buikema Hiskes Dillner, 10759 W. 159th St., Suite 55, Orland Park, IL 60467-8791 |
| 28072001 | + | C. Presa Trucking, 10514 Montana Ave., Melrose Park, IL 60164-1551 |
| 28072008 | | CNH Industrial, Dept. 18 5503509437, P.O. Box 688912, Des Moines, IA 50368-8912 |
| 28152733 | | CNH Industrial Capital America LLC, PO Box 71264, Philadelphia, PA 19176-6264 |
| 28072002 | + | Carbit Corp., c/o Garrett Realty, 2211 N. Elston Ave. Ste. 308, Chicago, IL 60614-2921 |
| 28072003 | | Caterpillar Financial Services, 2120 West End Ave., P.O. Box 340001, Nashville, TN 37203-0001 |
| 28385610 | + | Caterpillar Financial Services Corporation, 2120 Westend Ave, Nashville, TN 37203-5341 |
| 28072004 | | Certified Laboratories, 23261 Network Place, Chicago, IL 60673-1232 |
| 28459511 | + | Certified Labs, Credit Dept, 2727 Chemsearch Blv, Irving, TX 75062-6454 |
| 28964440 | + | Chicago Laborers' Retiree Welfare Fund, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868 |
| 28964419 | + | Chicago Laborers' Training Fund, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868 |
| 28964346 | + | Chicago Laborers' Welfare Fund, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868 |
| 28072007 | + | Chicago Testing Laboratory, 18100 S. Indiana Av., Thornton, IL 60476-1276 |
| 28964471 | + | Chicago-Area Laborers' Employer Cooperation and Ed, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868 |
| 28713954 | | City of Chicago, Department of Law, P.O. Box 71429, Chicago, IL 60694-1429 |
| 28072011 | + | Commercial Tire Service, 1105 N. 30th Ave., Melrose Park, IL 60160-3062 |
| 28072013 | + | Concrete Guys, 4121 Judd, Schiller Park, IL 60176-1835 |
| 28072014 | | Continental Casualty Company, P.O. Box 59838-0838, Schaumburg, IL 60159-0838 |
| 28072015 | + | Cuebas Landscaping & Snow Removal, 3343 W. Potomac, Chicago, IL 60651-2322 |
| 28301369 | + | Cuebas Landscaping Corp., Fuchs & Roselli, Ltd., Attn: Michelle L. Feola, 200 South Wacker Drive, Suite 600, Chicago, IL 60606-7211 |
| 28072016 | | DuPage Materials Company LLC, 999 Oakmont Plaza Drive, Suite 200, Westmont, IL 60559-5517 |
| 28072017 | + | Edmund P. Wanderling, 2505 S. Des Plaines, Riverside, IL 60546-1521 |
| 28072018 | + | Edmund Wanderling, 2505 S. Des Plaines Ave., Riverside, IL 60546-1521 |
| 28072019 | + | Efficient Trucking Inc., 3201 S. Hoyne Ave., Chicago, IL 60608-6120 |
| 28356104 | + | Efficient Trucking, Inc., c/o Frederick A. Lurie, 123 North Wacker Drive, Suite 250, Chicago, IL 60606-1912 |
| 28072020 | + | Elgin Sweeping Services Inc., 1015 W. Pershing, Chicago, IL 60609-1427 |
| 28072022 | + | FTL Flood Testing Laboratories, 1945 E. 87th St., Chicago, IL 60617-2946 |
| 28072021 | | Fastenal, P.O. Box 1286, Winona, MN 55987-7286 |
| 28625924 | + | Floor Testing Laboratories, Inc., Vedder Price PC; Attn: Allison Hudson, 222 N LaSalle Street, Suite 2600, Chicago, IL 60601-1104 |
| 28755248 | + | G A Paving, Geomat Inc, P O Box 935, Minooka, IL 60447-0935 |
| 28072023 | + | Gallagher Materials Corp., 18100 S. Indiana Ave., Thornton, IL 60476-1276 |
| 28072024 | + | Geomat, P.O. Box 935, Minooka, IL 60447-0935 |

| | | |
| --- | --- | --- |
| 28072025 | + | George Angelillo, P.O. Box 75, Bellwood, IL 60104-0075 |
| 28586685 | + | Gracewell Construction Corporation, 128 S. County Farm Road, Wheaton, IL 60187-2400 |
| 28952408 | + | Healy Asphalt Company, LLC, 1445 Oakton Street, Elk Grove Village, IL 60007-2023 |
| 28072027 | + | Illinois Central Sweeping Service, P.O. Box 299, Blue Island, IL 60406-0299 |
| 28964476 | + | Illinois Small Pavers Industry Advancement Fund, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868 |
| 28072029 | + | Inner Security Systems, 418 Treasure Drive, Oswego, IL 60543-7936 |
| 28837047 | + | J Steven Butkus, 310 S. County Farm Road, Suite H, Wheaton, IL 60187-2409 |
| 28072032 | + | JCB Finance, 1603 E. Alngonquin Rd., Arlington Heights, IL 60005-4758 |
| 28072033 | + | JKS Ventures, 5521 N. Cumberland Ave., Ste. 1106, Chicago, IL 60656-4722 |
| 28072031 | + | Jamart Enterprises, 5408 6th Ave., La Grange, IL 60525-3660 |
| 28300361 | + | Jamart Enterprises, Inc., Fuchs & Roselli, Ltd., Attn: Samuel J. Tallman, 200 South Wacker Drive, Suite 600, Chicago, IL 60606-7211 |
| 28814560 | + | Jeffrey R. Hoskins, Hinshaw & Culbertson LLP, 100 Park Avenue, Rockford, IL 61101-1099 |
| 28072034 | + | Jose G. Trucking Inc., 3131 N. Marion St., Melrose Park, IL 60164-1006 |
| 28845258 | + | K-Five Hodgkins, LLC, c/o Kevin Carrera, Rathje Woodward, LLC, 300 E Roosevelt Rd, Ste 300, Wheaton, IL 60187-1908 |
| 28072035 | | Konica Minolta Business Solutions, USA Inc, Dept. CH 19188, Palatine, IL 60055-9188 |
| 28072037 | + | LGI Supply, 910 W. Van Buren St., Box 191, Chicago, IL 60607-3523 |
| 28964512 | + | Laborers' District Council Labor-Management, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868 |
| 28072036 | + | Leviton Law Firm Ltd., 3 Golf Center, Suite 361, Hoffman Estates, IL 60169-4910 |
| 28747936 | + | M & J Asphalt Paving Co., Inc., James J. Karras, Esquire, Kelly & Karras, 1010 Jorie Boulevard, Suite 100, Oak Brook, Il 60523-2236 |
| 28072038 | + | M&J Asphalt, 3124 S. 60th Ct., Cicero, IL 60804-3749 |
| 28072039 | | Macillster Rental LLC, 7515 E. 3oth Street, P.O. Box 1941, Indianapolis, IN 46206-1941 |
| 28072040 | + | Markham Asphalt Company, 999 Oakmon Plaza Drive, Suite 200, Westmont, IL 60559-5517 |
| 28072041 | | McCann Industries, P.O. Box 5609, Carol Stream, IL 60197-5609 |
| 28775356 | + | McCann Industries, Inc., c/o Nigro, Westfall & Gryska, P.C., Attn: Michael T. Nigro, One Tiffany Pointe, Suite 206, Bloomingdale, IL 60108-2916 |
| 28660980 | + | McCrite Milling & Construction, Inc, 810 Industrial Blvd, New Albany, IN 47150-2253 |
| 28072042 | | Metromax Contractors, 9560 Sergo Drive, Ste. 100, Coal City, IL 60416 |
| 28967678 | + | Metromex Contractors Inc., c/o Paul A. Brocksmith, Brocksmith & Brocksmith, 40 Skokie Boulevard, Suite 400, Northbrook, IL 60062-0400 |
| 28301368 | + | Michelle L. Feola, Fuchs & Roselli, Ltd., 200 South Wacker Drive, Suite 600, Chicago, IL 60606-7211 |
| 28150778 | + | NH ENVIRONMENTAL GROUP, INC., a.k.a TIERRA ENVIRONM, Patrick H Smyth & Associates, 105 W Madison Street, Suite 109 Chicago IL 60602-4664 |
| 28072043 | + | National Trench Safety, P.O. Box 750963, Houston, TX 77275-0963 |
| 28072044 | | Nationwide, Processing Center, P.O. Box 37712, Philadelphia, PA 19101-5012 |
| 28072046 | + | Norcomm Public Safety, 395 W. Lake St., P.O. Box 1408, Elmhurst, IL 60126-8408 |
| 28072047 | + | O'Leary's Contractors Equipment, 1031 N. Cicero Ave., Chicago, IL 60651-3202 |
| 28236675 | + | ODDYSEY GROUP LLC d/b/a ODDYSEY BARRICADE SERVICE, 16 W 273 83rd St., Burr Ridge, IL 60527-5847 |
| 28236612 | + | ODYSSEY GROUP LLC, Michael Palermo, Attorney, 99 Ascension Dr, #J103, Asheville NC 28806-1999 |
| 28255089 | + | ODYSSEY GROUP LLC, d/b/a ODYSSEY BARRICADE SERVICES, 16 W. 273 83RD ST. STE B2, BURR RIDGE, IL 60527-7952 |
| 28072048 | | Odyssey Barricade Service, 15W273 83rd St., Ste. B2, Willowbrook, IL 60527 |
| 28844599 | + | Office of Fund Counsel, Laborers' Pension & W, Office of Fund Counsel, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868 |
| 28072049 | | Ozinga Materials, 19001 LaGrange Rd., Ste. 300, Mokena, IL 60448 |
| 28814561 | + | Ozinga Ready Mix Concrete, Inc., Jeffrey R. Hoskins - Hinshaw & Culb, 100 Park Avenue, Rockford, IL 61101-1099 |
| 28072050 | + | Patrick H. Smyth & Associates, 105 W, Madison, Suite 901, Chicago, IL 60602-4664 |
| 28962338 | + | Philadelphia Indemnity Insurance Company, c/o Michael J. Weber, Dinsmore & Shohl LLP, 222 West Adams St., Suite 3400, Chicago, IL 60606-5258 |
| 28072051 | + | Powers 24 hour Towing Service, 4722 Roosevelt Rd., Hillside, IL 60162-2036 |
| 28072052 | + | R. Pernini & Associates, 6440 N. Central Ave., Chicago, IL 60646-2935 |
| 28072055 | + | REliable Materials Lyons LLC, 2250 Southwind blvd., Bartlett, IL 60103-1304 |
| 28072053 | #+ | Ranger Construction Inc., 8801 S. Stoney Island Ave., Chicago, IL 60617-2810 |
| 28072054 | + | Reliable Asphalt, 2252 Southwind Blvd., Bartlett, IL 60103-1304 |
| 28072056 | + | Roadway Lines Corp, P.O. Box 961, West Dundee, IL 60118-0961 |
| 28072057 | + | Seal Master Chicago, 375 Roma Jean Pkwy., Streamwood, IL 60107-2932 |
| 28966401 | + | Strategic Funding Source, Inc. d/b/a Kapitus, 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 28072058 | + | Superior Construction Co., 1455 Louis Sullivan Dr., Portage, IN 46368-6437 |
| 28072059 | + | Terminal Supply, 1800 Thunderbird, Troy, MI 48084-5428 |
| 28072060 | + | Terrace Supply, 1397 Glenlake Ave., Itasca, IL 60143-1140 |
| 28072061 | + | Three Brothers Concrete, 615 N. 2nd Ave., Maywood, IL 60153-1111 |
| 28072062 | + | Tierra Environmental Services Inc., 3821 Indianapolis Blvd., East Chicago, IN 46312-2590 |
| 28072063 | + | V&N Concrete Products, 35 Forestwood Drove, Romeoville, IL 60446-1343 |
| 28911199 | + | VCNA Prairie LLC, 7601 W 79th street, Bridgeview, Il 60455-1409 |
| 28072064 | + | VCNA Prairie LLC, 6185 Paysphere Circle, Chicago, IL 60674-0001 |
| 28072065 | | Village of Schiller Park, 0526 W. Irving Park Rd., Schiller Park, IL 60176 |
| 28837539 | + | West Bend Mutual Insurance Company, c/o The Law Offices of T. Scott Leo, P.C, William S. Piper, 100 N. LaSalle St., Suite #514, |

| Recip ID | | Name and Address |
|---|---|---|
| | | Chicago, IL 60602-3551 |
| 28072066 | + | Wigboldy Materials, 3841 W. 128th Place, Alsip, IL 60803-1516 |
| 28205703 | + | Wigboldy Materials, Inc., Bruce C Scalambrino Esq, 105 West Madison Street, Suite 1600, Chicago IL 60602-4652 |
| 28072067 | | Willie Brothers Company, 11393 W. Manhattan Monee Rd., Monee, IL 60449 |

TOTAL: 105

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28180497 | + | EDI: AIS.COM | Jan 09 2021 04:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28175291 | + | EDI: VERIZONCOMB.COM | Jan 09 2021 04:18:00 | Cellco Partnership dba Verizon Wireless, 22001 Loudoun County PKWY, Ashburn, VA 20147-6105 |
| 28072010 | | EDI: COMCASTCBLCENT | Jan 09 2021 04:18:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 28966357 | + | Email/Text: afranz@cvldc.org | Jan 09 2021 02:32:00 | Construction and General Laborers' District Counci, 999 McClintock Drive, Suite 300, Burr Ridge, IL 60527-0824 |
| 28739738 | + | Email/Text: legal@fastenal.com | Jan 09 2021 02:31:00 | Fastenal Company, 2001 Theurer Boulevard, winona, MN 55987-9902 |
| 28072026 | | Email/Text: bankruptcy@dsservices.com | Jan 09 2021 02:32:00 | Hinckley Springs, P.O. Box 660579, Dallas, TX 75266-0579 |
| 28138726 | | Email/Text: rev.bankruptcy@illinois.gov | Jan 09 2021 02:32:00 | Illinois Department of Revenue, Bankruptcy Unit, PO BOX 19035, Springfield, IL 62794-9035 |
| 28072028 | | Email/Text: rev.bankruptcy@illinois.gov | Jan 09 2021 02:32:00 | Illinois Department of Revenue, P.O. Box 19006, Springfield, IL 62794 |
| 28072030 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Jan 09 2021 02:33:00 | IPFS Corporation, 24722 Network Place, Chicago, IL 60673-1247 |
| 28360115 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Jan 09 2021 02:33:00 | IPFS Corporation, 30 Montgomery Street, Suite 501, Jersey City, New Jersey 07302-3821 |
| 28422583 | + | Email/Text: des.claimantbankruptcy@illinois.gov | Jan 09 2021 02:33:00 | Illinois Department of Employment Security, 33 South State Street, Chicago, Illinois 60603-2808, Attn: Bankruptcy Unit 10th Flr. |
| 28356327 | + | EDI: IRS.COM | Jan 09 2021 04:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 28072045 | | Email/Text: bankrup@aglresources.com | Jan 09 2021 02:30:00 | Nicor Gas, P.O. Box 0632, Aurora, IL 60507-0632 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28072009 | ## | CNH Industrial Capital, P.O. Box 3600, Lancaster, PA 17604-3600 |
| 28072005 | ##+ | Chave Trucking, 3823 Grove Ave., Berwyn, IL 60402-3907 |
| 28072006 | ##+ | Chicago Cut Concrete Cutting Inc., 674 Albion Ave., Schaumburg, IL 60193-4519 |
| 28072012 | ##+ | Concept Construction, 10 W. St. Charles Rd., Lombard, IL 60148-7403 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy E Olson | on behalf of Creditor Gracewell Contracting Corporation amy@keaycostello.com  kim@keaycostello.com |
| Bradley H Foreman | on behalf of Debtor 1 GA Paving  LLC brad@foremanlawoffice.com |
| Bruce C Scalambrino | on behalf of Creditor Wigboldy Materials  Inc. bcs@sacounsel.com |
| Charles A King | on behalf of Creditor City of Chicago chuck.king@cityofchicago.org |
| Christina Krivanek Wernick | on behalf of Creditor Construction and General Laborers' District Council of Chicago and Vicnity cwernick@cvldc.org |
| David A Shapiro | on behalf of Creditor Bank Of The West dshapiro@mckenna-law.com bankruptcy@mckenna-law.com;pwoods@mckenna-law.com |
| Frederick A Lurie | on behalf of Creditor Efficient Trucking  Inc. f.lurielaw@outlook.com |
| J Steven Butkus | on behalf of Creditor Reliable Materials Lyons  LLC sbutkus@ameritech.net |
| Kevin M Carrara | on behalf of Creditor DuPage Materials Company  LLC kcarrara@rathjewoodward.com, nwinters@rathjewoodward.com;lpaddock@rathjewoodward.com;jfrank@rathjewoodward.com |
| Krysta K Gumbiner | on behalf of Creditor Philadelphia Indemnity Insurance Company krysta.gumbiner@dinsmore.com stephanie.armbruster@dinsmore.com |
| Michael Palermo | on behalf of Creditor ODDYSEY GROUP LLC d/b/a ODYSSEY BARRICADE SERVICE palermo@palermolaw.com |
| Michael J Weber | on behalf of Creditor Philadelphia Indemnity Insurance Company Michael.weber@dinsmore.com  Deborah.dunn@dinsmore.com |
| Michelle L Feola | on behalf of Creditor Cuebas Landscaping Corp. mfeola@frltd.com |
| Neil P Gantz | on behalf of Creditor NH Environmental Group d/b/a Tierra Environmental Group neilgantz@yahoo.com negrita0615@yahoo.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Patrick T. Wallace | on behalf of Creditor Laborers' Pension Fund and Laborers' Welfare Funds for the Health and Welfare Department of the Construction and General Laborers District Council of Chicago and Vicinity wallace.patrick@gmail.com fundcounsel@gmail.com |
| Paul A Brocksmith | on behalf of Creditor Metromex Contractors Inc. paul@brocklaw.com |
| Raseq Moizuddin | on behalf of Creditor Chicago Testing Laboratory  Inc. raseq.moizuddin@hklaw.com |

Raymond J Ostler
    on behalf of Creditor Arrow Road Construction Company rostler@gsgolaw.com

Richard B. Polony
    on behalf of Creditor Ozinga Ready Mix Concrete  Inc. rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com,courtfiling@hinshawlaw.com,cortiz@hinshawlaw.com

Roman Sukley
    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov roman.l.sukley@usdoj.gov

Ross P. Schreiter
    on behalf of Creditor Kathleen Bradley rschreiter@comcast.net

Samuel J Tallman
    on behalf of Creditor Jamart Enterprises  Inc. stallman@clarkhill.com, blambert@clarkhill.com

Thomas B Fullerton
    on behalf of Creditor IPFS Corporation thomas.fullerton@akerman.com

Thomas S. Leo
    on behalf of Creditor West Bend Mutual Insurance Company sleo@leolawpc.com  emartinez@leolawpc.com

Timothy M Hughes
    on behalf of Creditor American Vactor Services  LLC thughes@lavellelaw.com, r41234@notify.bestcase.com

Victoria R Glidden
    on behalf of Creditor Ozinga Ready Mix Concrete  Inc. vglidden@hinshawlaw.com

William S. Piper
    on behalf of Creditor West Bend Mutual Insurance Company wpiper@leolawpc.com EMartinez@leolawpc.com;bgonzalez@leolawpc.com

TOTAL: 28